**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Crystal GOPHER, Defendant–
Appellant.**

No. 07–30358.

United States Court of Appeals,
Ninth Circuit.

Submitted March 10, 2008.*

Filed March 17, 2008.

James P. Hagarty, Esq., Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

Kraig Gardner, Federal Defenders of Eastern Washington & Idaho, Yakima, WA, for Defendant–Appellant.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: T.G. NELSON, TASHIMA and BYBEE, Circuit Judges.

MEMORANDUM **

Appellant Crystal Gopher challenges her sentence of eighteen months imposed upon revocation of supervised release. She contends that 18 U.S.C. § 3583(e) and Federal Rule of Criminal Procedure 32.1(b)(2) are unconstitutional because they permit punishment for a supervised release violation without a jury verdict in violation of the Sixth Amendment holdings in *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005) and *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). However, we rejected these arguments in *United States v. Huerta–Pimental*, 445 F.3d 1220, 1225 (9th Cir.2006), *cert. denied*, —— U.S. ——, 127 S.Ct. 545, 166 L.Ed.2d 403 (2006). Accordingly, the government's unopposed motion for summary affirmance of the district court's judgment is granted.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).